IN THE CIRCUIT COURT OF THE FIFTH JUDICIAL CIRCUIT
IN AND FOR MARION COUNTY, FLORIDA

PAULINE CLARK

            Circuit Civil Division
            Case No.: 15-22-CAG

  Plaintiff,

V.

KENNETH BRYANT,
ALLSTATE PROPERTY
AND CASUALTY INSURANCE
COMPANY and STATE FARM
MUTUAL AUTOMOBILE
INSURANCE COMPANY

  Defendant.
_____/

## **AMENDED COMPLAINT**

Plaintiff sues the Defendants and alleges as follows:

1. This is an action for damages which exceeds the threshold jurisdictional limits of this court, exclusive of costs and attorney's fees.

2. That on or about July 26, 2013, Defendant, KENNETH BRYANT owned and operated a vehicle on State Road 40 at or near the intersection of Southeast 196 Terrace Road in Marion County, Florida.

3. That at the above time and place the Defendant, KENNETH BRYANT did so negligently and carelessly maintain, operate and control the motor vehicle so that it collided with the vehicle occupied as a passenger by Plaintiff, PAULINE

CLARK.

4. That the Defendant, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, (hereafter referred to as "ALLSTATE"), is a foreign profit corporation doing business in the State of Florida, whose resident agent is The Chief Financial Officer, whose address is 200 E. Gaines St., Tallahassee, Florida.

5. That the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, (hereafter referred to as "STATE FARM"), is a foreign profit corporation doing business in the State of Florida, whose resident agent is The Chief Financial Officer, whose address is 200 E. Gaines St., Tallahassee, Florida.

6. At all times material hereto, ALLSTATE provided uninsured/underinsured motorist coverage to Plaintiff herein.

7. At all times material hereto, STATE FARM provided uninsured/underinsured motorist coverage to the operator of the vehicle occupied by Plaintiff, PAULINE CLARK.

## COUNT I - NEGLIGENCE

8. PAULINE CLARK re-alleges, reiterates and adopts the foregoing paragraphs 1-7 and further alleges:

9. That, as a result of KENNETH BRYANT's negligence, PAULINE CLARK, suffered permanent bodily injury and resulting pain and suffering, disability, disfigurement, loss of capacity for the enjoyment of life, expenses of hospitalization,

lost wages, loss of ability to earn money, medical and nursing care and treatment and the aggravation of a previously existing condition. The losses are either permanent or continuing and the Plaintiff will suffer the losses in the future.

## COUNT II
## UNINSURED MOTORIST BENEFITS – ALLSTATE

10. PAULINE CLARK re-alleges, reiterates and adopts the foregoing paragraphs 1-9 and further alleges:

11. At the time of the incident described herein, ALLSTATE insured Plaintiff, PAULINE CLARK under a policy of uninsured/underinsured motorist insurance.

12. Pursuant to the terms and conditions of the above described policy of uninsured/underinsured motorist coverage, ALLSTATE agreed to pay all or any part of damages for bodily injury to Plaintiff, PAULINE CLARK, which they cannot collect because the person responsible is unknown, uninsured and/or underinsured.

13. The Plaintiff, PAULINE CLARK, has complied with all the conditions precedent to the bringing of this action. The injuries and damages sustained by Plaintiff, PAULINE CLARK, as a result of the incident described herein are in excess of the amount of any liability insurance coverage available to the Plaintiff from the third party tortfeasor.

14. The insurance policy that is the subject of this lawsuit provides the

Plaintiff, PAULINE CLARK, with $25,000.00 in uninsured/underinsured motorist coverage.

15. Should Defendant, ALLSTATE, dispute the amount or availability of uninsured/underinsured motorist coverage, upon prevailing, the Plaintiff is entitled to an award of attorney's fees and costs, pursuant to Florida Statute, §627.428.

16. That a claim has been made against the Defendant, ALLSTATE, for uninsured motorist benefits under the policy as written by the Defendant, ALLSTATE and ALLSTATE has refused to pay the Plaintiff for damages which she is entitled to recover.

## COUNT III
## UNINSURED MOTORIST BENEFITS – STATE FARM

10. PAULINE CLARK re-alleges, reiterates and adopts the foregoing paragraphs 1-9 and further alleges:

11. At the time of the incident described herein, STATE FARM insured Plaintiff, PAULINE CLARK under a policy of uninsured/underinsured motorist insurance.

12. Pursuant to the terms and conditions of the above described policy of uninsured/underinsured motorist coverage, STATE FARM agreed to pay all or any part of damages for bodily injury to Plaintiff, PAULINE CLARK, which they cannot collect because the person responsible is unknown, uninsured and/or underinsured.

2156 E. Silver Springs Boulevard, Ocala, FL 34470-6915 • 352-629-8747 • Primary: jarrod@kinglawfirm.org
Secondary: erin@kinglawfirm.org & service@kinglawfirm.org

13. The Plaintiff, PAULINE CLARK, has complied with all the conditions precedent to the bringing of this action. The injuries and damages sustained by Plaintiff, PAULINE CLARK, as a result of the incident described herein are in excess of the amount of any liability insurance coverage available to the Plaintiff from the third party tortfeasor.

14. The insurance policy that is the subject of this lawsuit provides the Plaintiff, PAULINE CLARK, with $100,000.00 in uninsured/underinsured motorist coverage.

15. Should Defendant, STATE FARM, dispute the amount or availability of uninsured/underinsured motorist coverage, upon prevailing, the Plaintiff is entitled to an award of attorney's fees and costs, pursuant to Florida Statute, §627.428.

16. That a claim has been made against the Defendant, STATE FARM, for uninsured motorist benefits under the policy as written by the Defendant, STATE FARM and STATE FARM has refused to pay the Plaintiff for damages which she is entitled to recover.

WHEREFORE, the Plaintiff, PAULINE CLARK, sues the Defendants, KENNETH BRYANT, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, for damages and demands a trial by jury.

DATED this 19th day of May, 2017.

/s/ Jarrod G. King
Jarrod G. King
***KING LAW FIRM***
Florida Bar No.: 0012759
Attorney for Plaintiff