UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

PAULINE CLARK,

    Plaintiff,

v.     Case No: 5:18-cv-195-Oc-30PRL

KENNETH BRYANT, ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY and STATE FARM MUTUAL AUTO INSURANCE COMPANY,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. 12).   Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear its own attorney's fees and costs.

2.    All pending motions, if any, are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of July, 2018.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record